IN THE UNITED STATES DISTRICT COURT
FOR THE ☒ MIDDLE DISTRICT
OF ALABAMA

RECEIVED 2006 MAY 15 P 1:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DAVID WOODRUFF
PLAINTIFF
vs
SARENT ROMERO
AND OFFICER
PHILLIPS AND
~~Ongoing~~
DEFENDANTS

2:06CV438-F

## COMPLAINT

☒ I    I, DAVID WOODRUFF am complaining about hypnosis done on me by prison guards, including Sargent Romero and officer Phillips and other officers at the Wyoming State Penitentiary.

II    I am also complaining about harassment and sleep deprivation by these officers and others done onto me. These officers and defendants are making excessive noise outside my cell and whispering and mumbling outside my cell about twenty times a day.

III    The defendants are reminding me of

COMPLAINT
MAY 8

Page Ⓘ of ~~Ⓘ~~ Ⓘ Ⓥ

things that occurred in my past and of images and recordings they exposed to me by opening my eyes when I was unconscious after they knocked me out with drugs or using physical force.

IV. These officers are relatives (ROMERO) or child hood acquaintances (PHILLIPS). I describe more on this in my complaint 06-CV-102-J WOODRUFF vs Romero etal. USDC Wyoming. The case was dismissed so I petition this court for relief.

V. The hypnotized images today were of a typewriter word processor machine and of a number of actors pretending to be killed one after another as they try to hunt an assassin. They already did the one with the Asian dragon dragging its balls in the street.

VI. I already described how I was going to kill the officers at the prison.

COMPLAINT
MAY 8

Page (II) of (IV)

VII. The defendants are kidnapping me and refusing to release me from prison in spite of court orders to do so. They are trying to convince me that I am a multiple personality mentally ill schizophrenic* and that the only cure is imprisonment.

~~VIII~~

VIII. I move for a permanent injunction and an emergency injunction and Temporary Restraining Order to keep these persons from working around me and at the Wyoming Penitentiary

IX. I renounce, ~~and~~ cancel, paranoid, and withdraw any authorization I might have given to receive the complained of treatment.

X. I authorize the use of force, even deadly force, to enforce my rights without delay ~~or enforce~~ and to enforce any court orders benefitting me, or both, except ones that result in the complained of conduct in this complaint.

XI   I want a written declaration whether my rights are violated

XII   I claim my rights are violated under Article 4, section 4; 14th Amendment, section 1, clause 2; and 8th Amendment, cruel and unusual punishment clauses of US Constitution.

XIII   I, DAVID WOODRUFF, certify under the penalty of perjury that the foregoing is true and correct

David Woodruff
DAVID WOODRUFF
I.D. # 18323
Wyoming State
Penitentiary
P.O. Box 400
RAWLINS, WY 82301

Executed May 8, 2006

COMPLAINT
MAY 8

Page (IV) of (IV)