IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

WOODRUFF
PLAINTIFF
VS
ROMERO et al
DEFENDANT

2:06CV438-F

RECEIVED 2006 MAY 15 P 1:15

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I. I, DAVID WOODRUFF, pro se move for leave to proceed in forma pauperis.

II. Woodruff has no money, cash, savings, or income, or assetts at all and has had none for over six months.

III. Therefore, Woodruff moves for leave to proceed in forma pauperis so he can access the court. Woodruff claims he has a right to this pursuant to the 14th Amendment section 1, clause 2, US Constitution.

I, DAVID WOODRUFF, certify under the penalty of perjury that the foregoing is true and correct.

David Woodruff   Executed May 8, 2006.

DAVID WOODRUFF
I.D. # 18323
Wyoming State Penitentiary
P.O. Box 400
Rawlins, Wy 82301

IFP MOTION