IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID WOODRUFF, #18323 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-438-MEF |
| | ) | |
| SARGENT ROMERO, *et al.,* | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. #1) filed as part of the Plaintiff's complaint on May 15, 2006, it is hereby ORDERED that the Motion for a Temporary Restraining Order is DENIED.

It is further ORDERED that this case is referred to the Magistrate Judge for prompt consideration of the Motion for Preliminary Injunction and all other pretrial matters.

DONE this 16th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE