IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID WOODRUFF, #18323, ) | |
| ) | |
| Plaintiff, ) | |
| v.    ) | CASE NO. 2:06-cv-0438-MEF |
| ) | WO |
| SARENT ROMERO, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge (Doc. #4) filed on June 12, 2006 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) entered on May 22, 2006 is ADOPTED;

3. This case is TRANSFERRED to the United States District Court for the Distirct of Wyoming pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 20th day of June, 2006.

                                                 /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE